1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LAURA LYNN JARVIS,                    )
                                      )
                                      )
            Plaintiff,                )           2:08-cv-1482-JCM-RJJ
                                      )
vs.                                   )
                                      )
NYE COUNTY DETENTION, *et al.*,       )                O R D E R
                                      )
                                      )
            Defendant,                )
_____)

16    This matter is before the Court on the following motions:

17        1.       Application to Proceed *In Forma Pauperis* (#1) filed by Danny Jarvis and a

18                 proposed Complaint (Attachment #1) to Application (#1); and,

19        2.       Motion for Service of Process (#9) filed by Danny Jarvis.

20        The Court having reviewed the above referenced documents and the file herein makes the

21   following findings:

22        a.       An Application to Proceed *In Forma Pauperis* (#1) was filed by Danny Jarvis on

23                 October 27, 2008. Danny Jarvis declares in the IFP Application (#1) that he is the

24                 Plaintiff in this case.

25        b.       Attached to the Application (#1) is a proposed Complaint (Attachment #1).

26        c.       The proposed Complaint (Attachment #1 to the Application (#1)) names a single

27                 Plaintiff, Laura Lynn Jarvis.

28        d.       Danny Jarvis is not identified as a Plaintiff in the proposed Complaint.

1     e.    Danny Jarvis therefore, has no standing to file an Application to Proceed *In*

2           *Forma Pauperis* (#1) and further, has no standing to file any pleadings in this

3           case.

4     f.    An individual may not file pleadings on behalf of any party in a case unless said

5           individual is a licensed attorney. Laura Lynn Davis must file her own pleadings or

6           those pleadings must be filed by a licensed attorney in compliance with the rules

7           of this court.

8     g.    A payment of $1.50 was received by the Clerk of this Court as payment for a

9           partial filing fee. *See*, Receipt of Payment (#10). However, the Court has not

10          authorized payment of a filing fee.

11    Good cause appearing therefore,

12    IT IS HEREBY ORDERED the Clerk shall correct the docket in this case to reflect a

13 single Plaintiff, Laura Lynn Jarvis as identified in the proposed Complaint.

14    IT IS FURTHER ORDERED that on or before March 2, 2009, **Plaintiff Laura Lynn**

15 **Jarvis** shall file an Application to Proceed *In Forma Pauperis* or alternatively, shall pay the

16 filing fee of three hundred fifty dollars ($350.00). Failure to comply with this Order will result in

17 the dismissal of this action.

18    IT IS FURTHER ORDERED that the Clerk shall mail a copy of the docket along with a

19 copy of this Order to Plaintiff, Laura Lynn Jarvis at her address of record identified in the

20 proposed Complaint. Said mailing shall be by certified mail, return receipt requested.

21    IT IS FURTHER ORDERED that the Clerk of the Court shall retain the Complaint

22    IT IS FURTHER ORDERED that the partial filing fee paid in this case shall be returned

23 forthwith to the person who paid the fee.

24    IT IS FURTHER ORDERED that any further pleadings filed in this case must be filed by

25 Plaintiff Laura Lynn Jarvis or by a licensed attorney who has filed a Notice of Appearance in the

26 case as required by the rules.

27    IT IS FURTHER ORDERED that the Application to Proceed *In Forma Pauperis* (#1)

28 filed by Danny Jarvis is **DENIED.**

1    IT IS FURTHER ORDERED that the Motion for Service of Process (#9) filed by Danny

2  Jarvis is **DENIED.**

3    IT IS FURTHER ORDERED that a copy of this Order shall be sent to Danny Jarvis by

4  certified mail return receipt requested.

5    DATED this __29th__ day of January, 2009.

6

7

8  _____
   ROBERT J. JOHNSTON

9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28